# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| RESTAURANT LAW CENTER AND TEXAS RESTAURANT ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR; JULIE A. SU, *Acting Secretary of the United States Department of Labor, in her official capacity*; AND JESSICA LOOMAN, *Acting Administrator of the Department of Labor Wage and Hour Division, in her official capacity*,<br><br>Defendants. | Civil Action No. 1:21-cv-01106-RP |

**PLAINTIFFS' NOTICE OF APPEAL**

Pursuant to Rules 3(a)(1) and 4(a)(1)(B) of the Federal Rules of Appellate Procedure, Plaintiffs the Restaurant Law Center and the Texas Restaurant Association give this notice of appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment (ECF No. 68) and Order granting Defendant's Motion for Summary Judgment (ECF No. 67), entered in this action on July 6, 2023. The Court of Appeals has jurisdiction pursuant to 28 U.S.C. § 1291.

Respectfully submitted,

By: /s/ Paul DeCamp

| | |
|---|---|
| ANGELO I. AMADOR (admitted *pro hac vice*)<br>RESTAURANT LAW CENTER<br>2100 L. Street, N.W., Suite 700<br>Washington, D.C. 20036<br>Tel: 202.331.5913<br>Fax: 202.973.3952<br>AAmadaor@restaurant.org | PAUL DECAMP (admitted *pro hac vice*)<br>EPSTEIN BECKER & GREEN, P.C.<br>1227 25th Street, N.W, Suite 700<br>Washington, D.C. 20037<br>Tel: 202.861.1819<br>Fax: 202.861.3571<br>PDeCamp@ebglaw.com |
| GRETA RAVITSKY<br>EPSTEIN BECKER & GREEN, P.C.<br>700 Louisiana Street<br>Suite 3950<br>Houston, Texas 77002<br>Tel: 713.300.3215<br>Fax: 713.300.3235<br>GRavitsky@ebglaw.com | KATHLEEN BARRETT (admitted *pro hac vice*)<br>EPSTEIN BECKER & GREEN, P.C.<br>227 West Monroe Street, Suite 3250<br>Chicago, Illinois 60606<br>Tel: 312.499.1400<br>Fax: 312.845.1998<br>KBarrett@ebglaw.com |

*Counsel for Plaintiffs*

August 3, 2023

2

## CERTIFICATE OF SERVICE

      I hereby certify that on August 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered users.

      /s/ Paul DeCamp

FIRM:55975437v1